IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. 18-CR-117-JDP |
| LARRY WOODS, | 18 U.S.C. § 2423(a) |
| Defendant. | |

---

THE GRAND JURY CHARGES:

### COUNT 1

On or about May 4, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

**LARRY WOODS,**

knowingly transported Minor A, an individual who had not attained the age of 18 years, in interstate commerce from Wisconsin to Illinois, with the intent that Minor A engage in sexual activity for which any person can be charged with a criminal offense, namely, a violation of Chapter 720, Illinois Criminal Code, Section 5/11-1.60.

(In violation of Title 18, United States Code, Section 2423(a)).

### COUNT 2

On or about May 10, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

**LARRY WOODS,**

knowingly transported Minor A, an individual who had not attained the age of 18 years, in interstate commerce from Wisconsin to Illinois, with the intent that Minor A engage in sexual activity for which any person can be charged with a criminal offense, namely, a violation of Chapter 720, Illinois Criminal Code, Section 5/11-1.60.

(In violation of Title 18, United States Code, Section 2423(a)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: __8/22/18__

_____
SCOTT C. BLADER
United States Attorney