IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.  Case No. 18-cr-117-jdp

LARRY WOODS,

Defendant.

ORDER REGARDING RESTITUTION

Upon the joint motion of the parties, the Court finds the following:

1. The defendant, Larry Woods, was sentenced by the Court on November 6, 2019. The Court issued a judgment and commitment on November 7, 2019. (R. 47). The Court entered an amended judgment and commitment on December 4, 2019. (R. 53).

2. Because the exact amount of restitution could not be determined at the sentencing hearing, the Court set a restitution hearing for January 10, 2020, in the event the parties could not agree on a restitution figure. The hearing was rescheduled for January 31, 2020, at the request of the government.

3. By joint motion, the defendant and the United States have informed the Court that both parties agree that the defendant owed restitution in the following amount. This amount is based on information provided to the parties by the victim's representative.

Consistent with the above, the judge of conviction is amended as follows: As to Count One of the Indictment, IT IS HEREBY ORDERED that the defendant pay

1

restitution in the total amount of $1,500 to the U.S. Clerk of Court for the Western District of Wisconsin to be distributed to the victim's representative.

This amount is due and payable immediately.

In all other respects, the judgement remains as entered on December 4, 2019.

By separate document, the government is ordered to provide the Clerk of Courts the full names and addresses of the victim's representative.

Entered this 4TH day of February 2020.

HONORABLE JAMES D. PETERSON
United States District Judge